IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PRIM ROSE HILL                                                                                          PLAINTIFF

v.                                          Case No. 6:20-cv-6140

DARREL BLOUNT                                                                                        DEFENDANT

## JUDGMENT

Before the Court is Plaintiff Prim Rose Hill's Motion for Default Judgment (ECF No. 15). The Court finds that no response is necessary, and that the matter is ripe for consideration.

For the reasons discussed in the Court's order on even date, the Court finds that Plaintiff's Motion for Default Judgment (ECF No. 15) should be and hereby is **GRANTED**. Judgment is hereby entered in favor of Plaintiff Prim Rose Hill against Defendant Darrel Blount in the amount of $1,000. The Court also awards Plaintiff attorney fees of $2,010.

**IT IS SO ORDERED**, this 17th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge